**Order filed April 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01077-CV

_____

### RONALD DWAYNE WHITFIELD, Appellant

### V.

### FIRST SERVICE CREDIT UNION, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-45473**

## O R D E R

On February 18, 2016, we referred appellant's affidavit of inability to pay costs to the trial court. We requested that if no contest to the affidavit was filed, the trial court clerk must promptly notify this court. If a contest was filed, upon hearing the contest, the trial court must promptly prepare, certify, and file in this court a clerk's record containing the final judgment, notice of appeal, affidavit of indigence, contest or contests to the affidavit of indigence, the trial court's signed order ruling on the contest, and any other documents directly related to the affidavit of indigence.

*See* Tex. R. App. P. 34.5(c)(1). On March 14, 2016 a supplemental clerk's record was filed, but a relevant item was omitted. The record does not contain the trial court's order on contest to pauper's oath.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 2, 2016, containing the trial court's order on contest to pauper's oath.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM